O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | CASE NO. CR 12-934CAS |
| Plaintiff,    ) | |
| v.    ) | REVOCATION OF SUPERVISED |
| MICHAEL SEVERE,    ) | RELEASE AND JUDGMENT |
| Defendant.    ) | |
| _____  ) | |

On February 25, 2013, this matter came before the Court on Petition on Supervised Release originally filed on September 19, 2012. Government counsel, Wilson Park, the defendant and his appointed DFPD attorney, Myra Sun, were present. The U.S. Probation Officer, Cordale Johnson, was also present.

The defendant admits violation of his supervised release, as stated in allegations 1 and 2 of the Petition filed on September 19, 2012. The Court further finds that the defendant is in violation of the terms and conditions of his supervised release imposed on November 2, 1993.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, defendant's supervised release is hereby revoked. The defendant is hereby committed to the custody of the Bureau of Prisons for a term of seven (7) months.

Upon Release from imprisonment, defendant shall be placed on supervised release for a period of one (1) year, under the following terms and conditions:

1. The defendant shall reside for a period not to exceed 120 days in Residential Reentry Center (prerelease component), as directed by the Probation Officer, and shall observe the rules of that facility. The subsistence fee shall be waived.

    IT IS ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED: February 25, 2013

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

TERRY NAFISI, CLERK

By: ___/S/_____
    Monica Salcido,  Deputy Clerk